## 55515. CATON v. THE STATE.

PER CURIAM.
Defendant was convicted of child molestation and indecent exposure. After consideration of the evidence, the enumerations of error and his brief in support thereof, it is concluded that none of the enumerations has merit and further consideration is not required.
*Judgment affirmed. Bell, C. J., Shulman and Birdsong, JJ., concur.*

SUBMITTED FEBRUARY 28, 1978 — DECIDED APRIL 5, 1978.

*Paul S. Weiner,* for appellant.
*Robert E. Keller, District Attorney, Michael D. Anderson, Assistant District Attorney,* for appellee.